UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH KATHRYN O'BRIEN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:16CV537 RLW |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

# ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, filed June 7, 2017 (ECF No. 18). *See* 28 U.S.C. §636. In her report, Magistrate Judge Mensah recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. On June 21, 2017, Plaintiff filed objections to the recommendation (ECF No. 19).

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. The Court will affirm the final decision of the Commissioner, and dismiss this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 18) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 26th day of June, 2017.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE